**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

NORTH CHESTNUT HILL NEIGHBORS, : No. 264 EAL 2014
INC. AND NORTHWEST-WISSAHICKON :
CONSERVANCY, INC., : Petition for Allowance of Appeal from the
: Order of the Superior Court
            Petitioners :
:
:
      v. :
:
:
CHESTNUT HILL COLLEGE, INC., :
:
            Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.